UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.  16-CV-23091-COOKE/TORRES

LEMUEL RODRIGUEZ, an individual,

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, a foreign
for profit corporation,

    Defendant.
_____/

**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Order of this Court and consistent with the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Civil Procedure, the parties advise the Court that: .

**IT IS STIPULATED** by and between the Plaintiff, LEMUEL RODRIGUEZ, an individual, and Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, a foreign for profit corporation, , that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this _30th_____ day of __November_____, 2016.

| | |
|---|---|
| MICHAEL T. FLANAGAN, ESQ. | J. MICHAEL MAGEE, ESQ. |
| FLANAGAN PERSONAL INJURY & | CARNIVAL CRUISE LINE |
| WRONGFUL DEATH LAW FIRM, P.A. | Attorney for Defendant |
| 2100 Ponce de Leon Blvd. | 3655 N.W. 87th Avenue |
| Suite 1180 | Miami, Florida  33178 |
| Coral Gables, Florida 33134 | Direct Line:  (305) 406-5453 |
| Attorney for Plaintiff | Dedicated Judge's Phone:  (305) 406-5399 |
| Telephone: (305) 638-4143 | (For Judges Only) |
| Facsimile:  (305) 397-2636 | Asst. Maria Rodriguez (305) 599-2600 x 18026 |
| | Tel. No. (305) 599-2600 – Legal Services Dept. |
| By _/s/ Michael T. Flanagan_____ | Facsimile:  (305) 406-4732 |
|     MICHAEL T. FLANAGAN, ESQ. | mmagee@carnival.com |
|     Fla. Bar No. 0091072 | marodriguez@carnival.com |
| | |
| | By __/s/ J. Michael Magee_____ |
| |     J. MICHAEL MAGEE, ESQ. |
| |     Fla. Bar No. 739642 |